IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT E. WARDEN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.  11-2796 |
| | : | |
| PAMELA SENK FALK, et al. | : | |

## **ORDER**

AND NOW, this 27th day of July, 2011, it is ORDERED Plaintiffs' Motion for a Preliminary Injunction (Document 4) is GRANTED in part and DENIED in part.

The motion is GRANTED insofar as Defendants Pamela Senk Falk and Dynamic Housewares, Inc. (DHI) are enjoined from the following acts, pending the conclusion of this litigation, unless otherwise ordered by this Court:

- Using Bob Warden's name commercially;

- Contacting Warden's or ReWarden's business relations with the intent to interfere with Plaintiffs' right to contract and Warden's right to do business using his name;

- Representing or suggesting they have control over, or the right to profit from, Bob Warden's commercial appearances and publications;

- Representing or suggesting they own a trademark in Bob Warden's name; and

- Making any demands, notices, or communications to QVC or other companies that suggest Defendants have the right to control Warden's business, or that Defendants' approval must be sought before Warden can write or publish any cookbook or recipe books.

The motion is also GRANTED insofar as Bob Warden may appear on QVC, and may use his name in connection with any QVC appearances.  He may, accordingly, do the following:

(1) introduce himself as Bob Warden; (2) be introduced by others using his name; and (3) act as a host, chef, or cook; and (4) demonstrate and/or sell cooking products and cookbooks on QVC.

The motion is DENIED in all other respects.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.