IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT E. WARDEN, et al. | : | CIVIL ACTION |
| v. | : | No. 11-2796 |
| PAMELA SENK FALK, et al. | : | |

## **ORDER**

AND NOW, this 21st day of September, 2011, for the reasons stated on the record on September 19, 2011, and in this Court's accompanying memorandum of law, it is ORDERED Plaintiffs' Motion for Partial Summary Judgment (Document 113) is GRANTED in part and DENIED in part.

The motion is GRANTED insofar as the registration by the United States Patent and Trademark Office to Defendant Dynamic Housewares, Inc. of the mark "Bob Warden," Trademark Registration Number 3,635,725, is CANCELED pursuant to 15 U.S.C. § 1119.

The motion is otherwise DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.